1828.

Richards
v.
Barlow.

---

[*138]

*RICHARDS v. BARLOW AND OTHERS.

Where exceptions are taken to the defendant's answer, some of which are allowed and others are disallowed, and the defendant excepts to so much of the master's report as allowed a part of the exceptions to the answer, and on hearing before the court, the master's report is confirmed, the complainant is entitled to the costs of the hearing, and also of the reference and of those exceptions to the answer which are allowed by the master; and the defendant is not entitled to the costs of the exceptions disallowed by the master.

If any of the exceptions to the answer are well taken, the defendant must submit to answer further as to those exceptions, or he will not have costs of the exceptions which are disallowed by the master.

July 8th.

IN this case, exceptions were taken to the defendant's answer, some of which, on reference to the master, were allowed, and the others were disallowed. The complainant submitted to the master's report, but the defendants excepted to so much thereof as allowed a part of the exceptions to their answer. On hearing before the court, the

master's report was confirmed. A question having arisen as to the costs, the questions were submitted to the court.

THE CHANCELLOR:—The complainant is entitled to the costs of the hearing on the exceptions to the master's report, all of which have been disallowed. He is also entitled to the costs of the reference, and of those exceptions to the answer which were allowed by the master. But the defendant is not entitled to costs on account of the exceptions which were disallowed by the master. If part of the exceptions to an answer are well taken, the defendant must submit to answer as to such exceptions, or he will not be allowed the costs of litigating the others before the master.